KM

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Irvin Villegas-Garcia, | No.   CV-25-00100-TUC-SHR (MAA) |
| Petitioner, | |
| v. | **ORDER** |
| Immigration Customs Enforcement, et al., | |
| Respondents. | |

Self-represented Petitioner Irvin Villegas-Garcia, who is confined in the Central Arizona Florence Correctional Complex, filed a Petition seeking release from detention in the Ninth Circuit Court of Appeals.  In a February 27, 2025 Order, the Ninth Circuit construed the Petition as filed under 28 U.S.C. § 2241 and transferred the Petition to this Court.  On March 10, 2025, Petitioner filed a Motion to Dismiss (Doc. 5), asking the Court to dismiss this case because Petitioner already has another petition pending in this Court. The Court will grant the Motion.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1) Petitioner's Motion to Dismiss (Doc. 5) is **granted**; this case is dismissed without prejudice.

(2) The Clerk of Court must enter judgment accordingly and close this case.

Dated this 1st day of April, 2025.

Honorable Scott H. Rash
United States District Judge